UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Intrastate Distributors Inc.,

            Plaintiff,      Case No. 21-10369

v.      Judith E. Levy
      United States District Judge

Alani Nutrition, LLC,

      Mag. Judge Kimberly G. Altman

            Defendant.

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION [19]</u>**

      Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation recommending the Court deny Defendant's motion to dismiss or alternatively transfer venue (ECF No. 12). (ECF No. 19.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

      The Report and Recommendation (ECF No. 19) is ADOPTED; and

Defendant's motion to dismiss or alternatively transfer venue (ECF No. 12) is DENIED.[1]

IT IS SO ORDERED.

Dated: December 28, 2021        s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 28, 2021.

                                s/William Barkholz
                                WILLIAM BARKHOLZ
                                Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).